KATHRYN LEE BOYD, ESQ. (SBN 189496)
lboyd@srbr-law.com
JEFF D. NEIDERMAN, ESQ. (SBN 203818)
jneiderman@srbr-law.com
SCHWARCZ, RIMBERG, BOYD & RADER LLP
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488
Fax: (323) 931-4990

Attorneys for PLAINTIFFS
Mophie, Inc., and Daniel Huang

LINDAHL BECK LLP
George M. Lindahl (SBN 061905)
glindahl@lindahlbeck.com
Alan D. Mehaffey (SBN 247332)
amehaffey@lindahlbeck.com
660 S. Figueroa Street
Suite 1500
Los Angeles, California 90017-3457
(213) 488-3900
(213) 486-9883 Facsimile

Attorneys for Defendants
LOZA & LOZA, LLP, JULIO LOZA
and CHRISTINA S. LOZA

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOPHIE, INC., formerly known as mSTATION Corporation, a California Corporation, and DANIEL HUANG, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LOZA & LOZA, LLP, a California Limited Liability Partnership, JULIO LOZA, an individual and CHRISTINE S. LOZA, an individual,<br><br>Defendants. | Case No. 8:11-cv-00539-DOC-(MLGx)<br>Assigned to the Honorable David O. Carter, U.S.D.J.<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Action filed: April 7, 2011 |

- 1 -

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Mophie, Inc. and Daniel Huang ("Plaintiffs") and Defendants Loza & Loza, LLP, Julio Loza and Christina S. Loza ("Defendants"), through their respective counsel, hereby stipulate as follows:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice.

2. Each party is to bear its own fees and costs.

3. The attached order shall be entered.

**IT IS SO STIPULATED:**

Dated: February 14, 2012         SCHWARCZ, RIMBERG, BOYD & RADER, LLP

By: ___/s/Kathryn Lee Boyd___
Kathryn Lee Boyd, Esq.
Attorneys for Plaintiffs

Dated: February 14, 2012         LINDAHL BECK LLP

By: ___/s/George M. Lindahl___
George M. Lindahl, Esq.
Attorneys for Defendants

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

- 2 -

JOINT STIPULATION OF DISMISSAL
Case No. 8:11-cv-00539-DOC-(MLGx)